| | |
|---|---|
| 1 | Scott D. Cunningham (State Bar No.: 200413) |
| | Email: scunningham@condonlaw.com |
| 2 | Ivy L. Nowinski (State Bar No.: 268564) |
| | Email: inowinski@condonlaw.com |
| 3 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 850 |
| 4 | Los Angeles, California 90067-6010 |
| | Telephone: (310) 557-2030 |
| 5 | Facsimile: (310) 557-1299 |
| 6 | Attorneys for Defendant |
| | DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, |
| 7 | doing business as "LUFTHANSA GERMAN AIRLINES" |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEBASTIAN POGGEL, | ) | Case No. CV12-04794 ODW (JEMx) |
| Plaintiff, | ) | **NOTICE OF INTERESTED** |
| vs. | ) | **PARTIES OF DEUTSCHE** |
| LUFTHANSA GERMAN AIRLINES and EXPEDIA, INC. dba EXPEDIA.COM, | ) | **LUFTHANSA AKTIENGESELLSCHAFT** |
| Defendants. | ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

### CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant Deutsche Lufthansa Aktiengesellschaft, doing business as "Lufthansa German Airlines," certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Deutsche Lufthansa Aktiengesellschaft; and

//

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

2.     Lufthansa Group.

Dated: May 31, 2012

CONDON & FORSYTH LLP

By: _____
SCOTT D. CUNNINGHAM
IVY L. NOWINSKI
Attorneys for Defendant
DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT, doing business
as LUFTHANSA GERMAN AIRLINES

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On May 31, 2012, I served the within document:

**NOTICE OF INTERESTED PARTIES OF DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Sebastian Poggel
8950 W. Olympic Blvd., #270
Beverly Hills, California 90211

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 5/31, 2012, at Los Angeles, California.

*Elisabeth Sillars*
Elisabeth Sillars