COPY

1   Scott D. Cunningham (State Bar No.: 200413)
    Email: scunningham@condonlaw.com
2   Ivy L. Nowinski (State Bar No.: 268564)
    Email: inowinski@condonlaw.com
3   CONDON & FORSYTH LLP
    1901 Avenue of the Stars, Suite 850
4   Los Angeles, California 90067-6010
    Telephone: (310) 557-2030
5   Facsimile: (310) 557-1299

6   Attorneys for Defendant
    DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT,
7   doing business as "LUFTHANSA GERMAN AIRLINES"

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                                    CV12-04794 ODW (JEMx)

11  SEBASTIAN POGGEL,              )   Case No.
                                   )
12              Plaintiff,         )   **DISCLOSURE STATEMENT OF**
                                   )   **DEUTSCHE LUFTHANSA**
13       vs.                       )   **AKTIENGESELLSCHAFT**
                                   )   **PURSUANT TO FEDERAL RULE**
14  LUFTHANSA GERMAN AIRLINES      )   **OF CIVIL PROCEDURE 7.1**
    and EXPEDIA, INC. dba          )
15  EXPEDIA.COM,                   )
                                   )
16              Defendants.        )
                                   )
17  _____)

18  TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19  CENTRAL DISTRICT OF CALIFORNIA:

20       1.      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure

21  defendant Deutsche Lufthansa Aktiengesellschaft, doing business as "Lufthansa

22  German Airlines" states that its parent company is Lufthansa Group and no

23  //

24  //

25  //

26  //

27  //

28  //

DISCLOSURE STATEMENT OF DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1                                    LAOFFICE 23207V.1

1  publicly held company owns 10% or more of its stock.

2

3  Dated: May 31, 2012                          CONDON & FORSYTH LLP

4

5                                               By:

6                                               SCOTT D. CUNNINGHAM
                                                IVY L. NOWINSKI
7                                               Attorneys for Defendant
                                                DEUTSCHE LUFTHANSA
8                                               AKTIENGESELLSCHAFT, doing business
                                                as LUFTHANSA GERMAN AIRLINES
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

DISCLOSURE STATEMENT OF DEUTSCHE LUFTHANSA          - 2 -
AKTIENGESELLSCHAFT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1

LAOFFICE 23207V.1

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

3          I am a resident of the State of California, over the age of eighteen years, and

4   not a party to the within action.  My business address is 1901 Avenue of the Stars,

5   Suite 850, Los Angeles, California 90067-6010.  On May 31, 2012, I served the

6   within document:

7          **DISCLOSURE STATEMENT OF DEUTSCHE LUFTHANSA
          AKTIENGESELLSCHAFT PURSUANT TO FEDERAL RULE**

8          **OF CIVIL PROCEDURE 7.1**

9   ☐   **(By Facsimile):** I caused the above-referenced document(s) to be
        transmitted by facsimile machine to the person(s) at the address(es) set

10       forth below

11  ☒   **(By Mail):** As Follows:  I am "readily familiar" with the firm's practice
        of collection and processing correspondence for mailing.  Under that

12       practice it would be deposited with the U.S. Postal Service on that same
        day with postage thereon fully prepaid at Los Angeles, California in the

13       ordinary course of business.  I am aware that on motion of the party
        served, service is presumed invalid if postal cancellation date or postage

14       meter date is more than on day after the date of deposit for mailing in
        affidavit.

15

16  ☐   **(By Personal Service):** I caused the above-referenced document(s) to be
        personally delivered by hand to the person(s) at the address(es) set forth

17       below.

18  ☐   **(By Overnight Courier):** I caused the above-referenced document(s) to
        be delivered by an overnight courier service to the person(s) at the

19       address(es) set forth below.

20  Sebastian Poggel
    8950 W. Olympic Blvd., #270

21  Beverly Hills, California 90211

22       **(Federal):**  I declare I am employed in the office of a member of the bar of

23  this court at whose direction the service was made.

        Executed on  _5/31/12_____, 2012, at Los Angeles, California.

24

25                                          *elisabeth sillars*

26                                          _____
                                            Elisabeth Sillars

27

28