UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-04794-ODW(JEMx) | Date | June 6, 2012 |
|---|---|---|---|
| Title | Sebastian Poggel v. Deutsche Lufthansa Aktiengesellschaft et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **MINUTE ORDER (IN CHAMBERS)**

This action has been assigned to the calendar of Judge Otis D. Wright II.

Counsel are encouraged to review the Central District's website for additional information. The address is "**http://www.cacd.uscourts.gov**".

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions on Mondays, Criminal at 10:00 a.m. and Civil at 1:30 p.m.

The Court requires delivery of one non-blue backed Mandatory Chambers Copy* delivered by 3:00 p.m. the following business day of only the following manual and electronically filed documents to Judge Wright's document box outside the entrance to chambers near courtrooms 10 and 12.

(1)    All noticed motion and related documents;
(2)    All ex parte applications and related documents; and
(3)    All exhibits and attachments must be separately tabbed.

* [ Refer to the Court's General Order No. 10-07 regarding ECF Courtesy paper Copies.]

** **Attention ECF Attorneys- Chambers Email Addresses are available under your Utilities menu.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | se |