Scott D. Cunningham (State Bar No. 200413)
Email: scunningham@condonlaw.com
Ivy L. Nowinski (State Bar No. 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT
dba LUFTHANSA GERMAN AIRLINES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SEBASTIAN POGGEL, | Case No. CV12-4794 ODW (JEMx) |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE ON ADVERSE PARTY** |
| vs. | |
| LUFTHANSA GERMAN AIRLINES and EXPEDIA, INC. dba EXPEDIA.COM,, | |
| Defendants. | |

I, Elisabeth Sillars, declare and state:

1. That I am, and at all times herein mentioned was, a legal resident of the United States, whose business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California, in the County of Los Angeles, where the mailing herein referred to took place;

2. That I am over the age of 18 years, and not a party to the within entitled cause, nor interested in the event thereof;

3. That I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on

1  motion of the party served, service is presumed invalid if postal cancellation date
2  or postage meter date is more than one day after the date of deposit for mailing in
3  affidavit;
4      4.    That on May 31, 2012, I enclosed in an envelope addressed to
5  plaintiff, Sebastian Poggel, 8950 W. Olympic Boulevard, #270, Beverly Hills,
6  California 90211, full, true and correct copies of the following documents filed on
7  that date in the within action, together with Proofs of Service thereof, and sealed
8  the same:
9      a. NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
10 28 U.S.C. § 1441 (FEDERAL QUESTION JURISDICTION;
11     b. NOTICE OF INTERESTED PARTIES OF DEUTSCHE
12 LUFTHANSA AKTIENGESELLSCHAFT; and
13     c. DISCLOSURE STATEMENT OF DEUTSCHE LUFTHANSA
14 AKTIENGESELLSCHAFT PURSUANT TO FEDERAL RULE OF CIVIL
15 PROCEDURE 7.1.
16     5.    That on June 1, 2012, I enclosed in an envelope addressed as above to
17 plaintiff a full, true and correct copy of the NOTICE OF FILING OF NOTICE OF
18 REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT
19 which was filed on said date in the Superior Court of California for the County of
20 Los Angeles, Case No. 12S00593, together with a Proof of Service thereof, a copy
21 of which is attached hereto as "Attachment 1," and sealed the same.
22     6.    That on June 6, 2012, I enclosed in an envelope addressed as above to
23 plaintiff full, true and correct copies of the following documents relating to the
24 within action, copies of which are attached hereto collectively as "Attachment 2,"
25 and sealed the same:
26     a. NOTICE OF ASSIGNMENT TO UNITED STATES
27 MAGISTRATE JUDGE FOR DISCOVERY;
28     b. NOTICE TO COUNSEL;

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

   c. CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC;

   d. UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CIVILITY AND PROFESSIONALISM GUIDELINES;

   e. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and

   f. CIVIL CASE COVER SHEET.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on this _6th_ day of June, 2012, at Los Angeles, California.

          *Elisabeth Sillars*
          Elisabeth Sillars

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030