# ATTACHMENT "1"

1  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
2  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT,
7  doing business as "LUFTHANSA GERMAN AIRLINES"

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – BEVERLY HILLS COURTHOUSE

| | |
|---|---|
| SEBASTIAN POGGEL, | Case No. 12S00593 |
| Plaintiff, | NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT |
| vs. | |
| LUFTHANSA GERMAN AIRLINES and EXPEDIA, INC. dba EXPEDIA.COM, | |
| Defendants. | |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES:

PLEASE TAKE NOTICE THAT defendant Deutsche Lufthansa Aktiengesellschaft, doing business as "Lufthansa German Airlines," has filed its Notice of Removal with the Clerk of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012.

/ /

/ /

/ /

---

NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL
ACTION TO UNITED STATES DISTRICT COURT
CASE NO.: 12S00593

LAOFFICE 23532V.1

Attached hereto and marked as Exhibit "A" is a true and correct copy of said Notice of Removal.

Dated: June 1, 2012

CONDON & FORSYTH LLP

By: _____
SCOTT D. CUNNINGHAM
IVY L. NOWINSKI
Attorneys for Defendant
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, doing business as LUFTHANSA GERMAN AIRLINES

**EXHIBIT A**

Scott D. Cunningham (State Bar No.: 200413)
Email: scunningham@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT,
doing business as "LUFTHANSA GERMAN AIRLINES"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN POGGEL,<br><br>Plaintiff,<br><br>vs.<br><br>LUFTHANSA GERMAN AIRLINES and EXPEDIA, INC. dba EXPEDIA.COM,<br><br>Defendants. | Case No. CV12-04794 ODW(JEMx)<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION JURISDICTION)** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendant Deutsche Lufthansa Aktiengesellschaft, doing business as Lufthansa German Airlines (hereinafter referred to as "Lufthansa"), by and through its attorneys, Condon & Forsyth LLP, hereby removes this pending action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California on the following grounds:

1.  On April 12, 2012, there was filed in the Superior Court of the State of California for the County of Los Angeles the attached summons and complaint bearing Case No.: 12S00593 in the records and files of that court. True and correct

1   copies of the summons and complaint filed in the state court are attached hereto as
2   Exhibit "A."

3       2.    Lufthansa was served with copies of the summons and complaint on
4   May 17, 2012. Therefore, the thirty day time period for removal provided in 28
5   U.S.C. § 1446(b) has not yet elapsed.

## FIRST GROUND FOR REMOVAL - FEDERAL QUESTION UNDER 28 U.S.C. § 1331 – ORIGINAL JURISDICTION FOUNDED ON CLAIMS ARISING UNDER AIRLINE DEREGULATION ACT (LAWS OF THE U.S.)

11      3.    This is a civil action over which this Court has original jurisdiction
12  based on the existence of a federal question pursuant to 28 U.S.C. § 1331, and is
13  one which may be removed to this Court by Lufthansa pursuant to the provisions
14  of 28 U.S.C. § 1441(b), in that it arises under the Airline Deregulation Act of 1978
15  ("ADA"), Pub. L. No. 95-504, 92 Stat. 1705 (codified as amended at 49 U.S.C. §§
16  40101–44310 (1994)).

17      4.    The ADA expressly preempts states from enacting or enforcing laws,
18  regulations, or other provisions having the force and effect of law related to a
19  price, route or service of an air carrier. 49 USC §41713(b). "State enforcement
20  actions having a connection with, or reference to, airline 'rates, routes, or services,'
21  are preempted under 49 U.S.C. App. §1305(a)(1) [49 U.S.C.S. Appx.
22  §1305(a)(1)]." *Morales v. Trans World Airlines, Inc.*, 504 U.S. 374, 384 (1992);
23  see also *American Airlines, Inc. v. Wolens*, 513 U.S. 219, 222 (1995).

24      5.    Since the purpose of the ADA is to encourage competition, the ADA
25  preempts claims related to an air carrier's commercial services which are not
26  compelled by federal law or competitive market forces. *Rowe v. New Hampshire*
27  *Motor Transport Association*, 552 U.S. 364, 128 S. Ct. 989, 169 L. Ed. 3d 933
28  (2008).

6.  Plaintiff's Complaint seeks damages relating to airline rates and services provided by defendants. Plaintiff alleges that defendants refused to honor two airline tickets purchased by plaintiff. The alleged refusal to honor the two airline tickets relates to Lufthansa's rates and services, and accordingly, plaintiff's state law claims for the alleged failure of defendants to honor these airline rates are completely preempted by the ADA.

7.  Accordingly, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1331, as the action arises under laws of the United States, namely the ADA.

## SECOND GROUND FOR REMOVAL – SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. § 1367(a)

8.  Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over any state law claims which plaintiff may assert, as any such state law claims are so related to the claims in this action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

9.  Expedia has consented to this removal of the state court action to this Court.

## RULE 44.1 NOTICE

10. Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Lufthansa hereby gives notice that it intends to raise issues concerning the law of a foreign country in this matter, including any applicable limitation of damages which may be contained therein.

//
//
//

---

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION JURISDICTION)   - 3 -   LAOFFICE 23168V.1

WHEREFORE, defendant Deutsche Lufthansa Aktiengesellschaft prays that the above-entitled action now pending in the Superior Court of California for the County of Los Angeles, be removed to this Court.

Dated: May 31, 2012

CONDON & FORSYTH LLP

By: /s/
SCOTT D. CUNNINGHAM
IVY L. NOWINSKI
Attorneys for Defendant
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, doing business as LUFTHANSA GERMAN AIRLINES

# EXHIBIT A

 **Plaintiff's Claim and ORDER to Go to Small Claims Court**

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**Electronically FILED**
By Superior Court of California,
County of Los Angeles on
APR 12 2012
JOHN A. CLARKE, CLERK
BY GRIZELDA DURAZO, Deputy

*Fill in court name and street address:*
**Superior Court of California, County of**
BEVERLY HILLS COURTHOUSE
9355 BURTON WAY, ROOM 108
BEVERLY HILLS, CA 90210

*Clerk fills in case number and case name:*
**Case Number:** 12S00593
**Case Name:** SEBASTIAN POGGEL VS. LUFTHANSA GERMAN AIRLINES

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 06/06/2012 | 01:30 PM | 004 | 3RD FLOOR |
| | 2. | | | |
| | 3. | | | |

Date: 4/12/2012   JOHN A. CLARKE, Clerk, by   GRIZELDA DURAZO   , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

0006   SC-100, Page 1 of 5 →

ELECTRONICALLY FILED BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. (Receipt #1120412E3999)

FILING ID: 120412000023

SEBASTIAN POGGEL

| Case Number: |
|---|
| 12S00593 |

Plaintiff *(list names):* _____

### ① The Plaintiff (the person, business, or public entity that is suing) is:

NAME: SEBASTIAN POGGEL
HOME ADDRESS: 8950 W OLYMPIC BLVD, #270
              BEVERLY HILLS, CA 90211
PHONE: (310) 985-5713

**If more than one Plaintiff, list next Plaintiff here:**

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

### ② The Defendant (the person, business, or public entity being sued) is:

NAME: LUFTHANSA GERMAN AIRLINES
HOME ADDRESS: 1640 HEMPSTEAD TURNPIKE
              EAST MEADOW, NY 11554
PHONE: (516) 296-9650
MAILING ADDRESS: 1 WORLD WAY, TOM BRADLEY INTL TERMINAL
                 LOS ANGELES, CA 90045

**If more than one Defendant, list next Defendant here:**

NAME: EXPEDIA, INC. DBA EXPEDIA.COM
HOME ADDRESS: 333 108TH AVE NE
              BELLEVUE, WA 98004
PHONE: (425) 679-7200
MAILING ADDRESS: 2875 MICHELLE DR. STE 100
                 IRVINE, CA 92606

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

### ③ The Plaintiff claims the Defendant owes $ 10000.00 . *(Explain below):*

a. Why does the Defendant owe the Plaintiff money?

LUFTHANSA AND IT'S AGENT EXPEDIA REFUSE TO HONOR TWO AIRLINE TICKETS (NO. 220-7045046605 AND 220-7045068524) PURCHASED. THE PLAINTIFF REQUIRES A REPLACEMENT AND RELIEF FOR DAMAGES.

b. When did this happen? *(Date):* _____
   If no specific date, give the time period: *Date started:* 03/14/2012   *Through:* 04/11/2012

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

THE AMOUNT IS CALC FOR 2 AIR TICKETS & DAMAGES IN ORDER TO REPLACE THE TICKETS THE DEFENDANTS ARE REFUSING TO HONOR. PLAINTIFF WAIVES 3,230 USD IN ORDER TO FILE WITHIN LIMITS

0006

E-FILING ID: 120412000023

SEBASTIAN POGGEL

Plaintiff *(list names):*

Case Number:
12S00593

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:*

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
  a. ☐ (1) Where the Defendant lives or does business. (4) Where a contract (written or spoken) was made,
       (2) Where the Plaintiff's property was damaged. signed, performed, or broken by the Defendant *or*
       (3) Where the Plaintiff was injured. where the Defendant lived or did business when
       the Defendant made the contract.
  b. ☑ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
  c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
  d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
  e. ☐ Other *(specify):*

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 90211

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 4/12/2012    SEBASTIAN POGGEL    ▶
                   *Plaintiff types or prints name here*    *Plaintiff signs here*

Date: _____   _____    ▶
                   *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 3 of 5 →

000608

# SC-100 Information for the Defendant (the person being sued)

"**Small claims court**" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms*.

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals*.

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

# SC-100 Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

O vea "Información por condado" en: *www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On May 31, 2012, I served the within document:

**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION JURISDICTION)**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Sebastian Poggel
8950 W. Olympic Blvd., #270
Beverly Hills, California 90211

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 5/31, 2012, at Los Angeles, California.

_Elisabeth Sillars_
Elisabeth Sillars

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On June 1, 2012, I served the within document:

**NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Sebastian Poggel
8950 W. Olympic Blvd, #270
Beverly Hills, California 90211

**(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June __1__, 2012, at Los Angeles, California.

*Elisabeth Sillars*
_____
Elisabeth Sillars