1 | Scott D. Cunningham (State Bar No.: 200413)
    Email: scunningham@condonlaw.com
2 | Ivy L. Nowinski (State Bar No.: 268564)
    Email: inowinski@condonlaw.com
3 | CONDON & FORSYTH LLP
    1901 Avenue of the Stars, Suite 850
4 | Los Angeles, California 90067-6010
    Telephone: (310) 557-2030
5 | Facsimile:  (310) 557-1299

6 | Attorneys for Defendant
    EXPEDIA, INC. dba EXPEDIA.COM
7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | SEBASTIAN POGGEL,                           ) Case No.: CV12-4794 OW (JEMx)
                                                 )
12 |         Plaintiff,                           ) **NOTICE OF INTERESTED
                                                 ) PARTIES OF EXPEDIA, INC.**
13 |    vs.                                      )
                                                 )
14 | LUFTHANSA GERMAN AIRLINES                   )
     and EXPEDIA, INC. dba                       )
15 | EXPEDIA.COM,                                )
                                                 )
16 |         Defendants.                         )
                                                 )
17 | _____              )

18 | TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19 | CENTRAL DISTRICT OF CALIFORNIA:

20 |

21 | CERTIFICATION AS TO INTERESTED PARTIES

22 |     Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

23 | defendant Expedia, Inc., dba Expedia.com, certifies that the following listed parties

24 | have a pecuniary interest in the outcome of this case.  These representations are

25 | made to enable the Court to evaluate possible disqualification or recusal.

26 |     1.    Expedia, Inc., dba Expedia.com; and

27 | / /

28 | / /

---

NOTICE OF INTERESTED PARTIES OF EXPEDIA, INC.
CASE NO.: CV12-4794 OW (JEMx)                                         LAOFFICE 23581V.1

2. Expedia, Inc.

Dated: June 8, 2012

CONDON & FORSYTH LLP

By: /s/ Scott D. Cunningham
    SCOTT D. CUNNINGHAM
    IVY L. NOWINSKI
    Attorneys for Defendant
    EXPEDIA. INC. dba EXPEDIA.COM

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

NOTICE OF INTERESTED PARTIES OF EXPEDIA, INC.
CASE NO.: CV12-4794 OW (JEMx)

- 2 -

LAOFFICE 23581V.1