1  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
2  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   EXPEDIA, INC. dba EXPEDIA.COM
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | SEBASTIAN POGGEL,               | ) | Case No.: CV12-4794 OW (JEMx) |
   |                                 | ) |                               |
12 |           Plaintiff,            | ) | **DISCLOSURE STATEMENT OF**   |
   |                                 | ) | **EXPEDIA, INC. PURSUANT TO** |
13 |           vs.                   | ) | **FEDERAL RULE OF CIVIL**     |
   |                                 | ) | **PROCEDURE 7.1**             |
14 | LUFTHANSA GERMAN AIRLINES       | ) |                               |
   | and EXPEDIA, INC. dba           | ) |                               |
15 | EXPEDIA.COM,                    | ) |                               |
   |                                 | ) |                               |
16 |           Defendants.           | ) |                               |

17

18 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19 CENTRAL DISTRICT OF CALIFORNIA:

20      1.    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure

21 defendant Expedia, Inc. dba Expedia.com states that its parent company is

22 Expedia, Inc. which is a publicly held Delaware Corporation.

23 Dated: June 8, 2012            CONDON & FORSYTH LLP

24

25                               By: /s/ Scott D. Cunningham
                                     SCOTT D. CUNNINGHAM
26                                   IVY L. NOWINSKI
                                     Attorneys for Defendant
27                                   EXPEDIA, INC. DBA EXPEDIA.COM

28