REDACTED – ATTORNEY/CLIENT
PRIVILEGED COMMUNICATIONS

**From:** Sebastian Poggel [mailto:sebastian_poggel@yahoo.com]
**Sent:** Thursday, April 05, 2012 8:11 AM
**To:** Expedia Tier3; BICKEL, HENRY
**Cc:** MyEmail
**Subject:** Clarification / Changes have been made to your 1/3/2013 flight

To: Lufthansa German Airlines, Mr. Henry Bickel (Team Lead C. Customer Relations)
To: Expedia, Inc., Expedia.com Tier 3 Customer Support

Dear Mr Bickel,
Dear Madam or Sir,

-to whom it may concern-

I hope this message finds you well!

Please let me forward you this case for clarification.

On March 14th I purchased via expedia.com two Lufthansa Ticket, incl the one with the ticket number 220-7045068524.

2 days ago I received the below quoted email from Expedia mentioning the cancellation. I immediately contacted Expedia through the proposed hotline and was told the LH agent stated an internal computer error as

3

reason for the cancellation. I asked to reinstate my ticket and give me immediate notification. So far nothing has been forthcoming. I'm not sure if it is the new fashion of Expedia & Lufthansa to cancel a contract of carriage which has been concluded over 3 weeks earlier (and paid for on that matter).

I kindly ask you to please communicate this matter between you the issuing carrier (LH) and it's authorized agent (Expedia) and notify me (as the passenger) within the next 3 business days. For completion of documentation I would require both parties, Expedia and Lufthansa to respond to this email. A hardcopy can also be send to my mailing address:

8950 W Olympic Blvd, Apt 270
Beverly Hills, CA 90211

With kind regards,

Sebastian Poggel
April 5th 2012

Complaint for reinstatement lodged to Expedia under Reference # S-34670214, 4APR 2012 4:30AM PST.

**REDACTED – ATTORNEY/CLIENT PRIVILEGED COMMUNICATIONS**