

Deutsche Lufthansa Aktiengesellschaft
Lufthansa Aviation Center, Airportring, 60546 Frankfurt/Main

Ihre Zeichen / Your Ref.

Unsere Zeichen / Datum / Our Ref. / Date

Telefon / Telefax / Telephone / Telefax

Mr. Sebastian Poggel
Ukai Intl.
14/81 Roscoe St
BONDI BEACH, NSW 2026
AUSTRALIA

FRA XE/I
23.03.2012
Lufthansa.Revenue.Integrity@dlh.de

Dear Mr. Poggel,

You have purchased Lufthansa tickets 7045046605, 7045046606, 7045068524, 7045068524 in First Class to Cape Town.
We are sure you must have been surprised about your extremely low priced ticket. A technical error was the cause for this erroneously low fare. The error gave our offer a different content to what was intended. For this reason we regret to inform you that we cannot accept your ticket for transportation according to the flights booked.

We hereby legally refute this contract.

We will hold your flight reservation for the next 14 days.
In case you wish to use your flights as booked you might purchase a new ticket at a reduced special fare of 182700 CZK instead of the correct fare of 203000 CZK (excluding already paid taxes and fees) at any Lufthansa Service Centre.
If we have not heard from you before commencing your trip but latest within next 14 days, we assume you have no interest in purchasing a new ticket. At this time we will cancel your reservation and refund your ticket/s and credit the amount paid to your payment card.

Please accept our apologises for any inconvenience this error may have caused to you.

Yours sincerely,

Deutsche Lufthansa Aktiengesellschaft

ppa. Karl-Heinz Steinke

Senior Vice President
Corporate Controlling and
Cost Management

ppa. Dr. Michael Niggemann

Vice President and
Deputy General Counsel

Gesellschaftsrechtliche Angaben, Anschrift
und weitere Informationen auf der Rückseite.
For corporate details, address and further
information please turn over.

A STAR ALLIANCE MEMBER