REDACTED – ATTORNEY/CLIENT<br/>PRIVILEGED COMMUNICATIONS

--- On **Wed, 4/4/12, Expedia Travel Services** *<notifications@expedia.com>* wrote:

From: Expedia Travel Services <notifications@expedia.com>
Subject: Changes have been made to your 1/3/2013 flight
To: SEBASTIAN_POGGEL@YAHOO.COM
Date: Wednesday, April 4, 2012, 3:03 AM



## Your Flight Details Have Changed
**Passenger(s):** POGGEL/SEBASTIAN
**Expedia Itinerary Number:** 144315601257
**Lufthansa confirmation code:** Z3LKSP

Dear Expedia Traveler,

Lufthansa made the following change(s) to your itinerary:

* Cancelled 6 of your flights.

If this change was not initiated by you or you believe there has been an error, please contact us at 1-877-787-7145 or at 1-404-728-8787 (collect calls accepted).

Your updated flight schedule is below, and you can always view your itinerary at Expedia.

| Prague to Frankfurt | | |
|---|---|---|
| **Flight Details** | **Thursday, Jan 03, 2013 at 5:40 PM** | **Cancelled Flight** |
| | Lufthansa | Flight Number: LH1399 |
| | From: (PRG) Prague, Czech Republic | Depart: 5:40 PM |
| | To: (FRA) Frankfurt, Germany | Arrive: 7:00 PM |

Status: CANCELLED                      Class: Business
Equipment: Airbus A321 Jet             Seat:

## Frankfurt to Johannesburg

**Flight Details**  **Thursday, Jan 03, 2013 at 10:30 PM**   **Cancelled Flight**
Lufthansa                               Flight Number: LH0572
From: (FRA) Frankfurt, Germany          Depart: 10:30 PM
To: (JNB) Johannesburg, South Africa    Arrive: 10:15 AM +1 day
Status: CANCELLED                       Class: First
Equipment: 388                          Seat:

## Johannesburg to Cape Town

**Flight Details**  **Friday, Jan 04, 2013 at 12:00 PM**   **Cancelled Flight**
Lufthansa                               Flight Number: LH9540
From: (JNB) Johannesburg, South Africa  Depart: 12:00 PM
To: (CPT) Cape Town, South Africa       Arrive: 2:10 PM
Status: CANCELLED                       Class: Business
Equipment: Airbus Jet                   Seat:
Operated By: SOUTH AFRICAN AIRWAYS(LH)

## Cape Town to Johannesburg

**Flight Details**  **Monday, Jan 07, 2013 at 3:50 PM**   **Cancelled Flight**
Lufthansa                               Flight Number: LH9541
From: (CPT) Cape Town, South Africa     Depart: 3:50 PM
To: (JNB) Johannesburg, South Africa    Arrive: 5:50 PM
Status: CANCELLED                       Class: Business
Equipment: Boeing 737-800 Jet           Seat:
Operated By: SOUTH AFRICAN AIRWAYS(LH)

## Johannesburg to Frankfurt

**Flight Details**  **Monday, Jan 07, 2013 at 7:35 PM**   **Cancelled Flight**
Lufthansa                               Flight Number: LH0573
From: (JNB) Johannesburg, South Africa  Depart: 7:35 PM
To: (FRA) Frankfurt, Germany            Arrive: 5:15 AM +1 day
Status: CANCELLED                       Class: First
Equipment: 388                          Seat:

## Frankfurt to Prague

**Flight Details**  **Tuesday, Jan 08, 2013 at 1:10 PM**   **Cancelled Flight**
Lufthansa                               Flight Number: LH1396
From: (FRA) Frankfurt, Germany          Depart: 1:10 PM
To: (PRG) Prague, Czech Republic        Arrive: 2:15 PM
Status: CANCELLED                       Class: Business
Equipment: Airbus Jet                   Seat:

Thank you for choosing Expedia.
Sincerely,
The Expedia Travel Team

Please do not reply to this e-mail as this mailbox is not monitored.

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com.

CONTACT US
To contact us or send feedback, please click here or contact us via postal mail at: Expedia, Inc., attn: EMC Team, 333 108th Avenue NE, Bellevue, WA 98004. For additional assistance, visit the Expedia Customer Support Center, or call 1-800-Expedia.

CST# 2029030-40

@2012 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, Best Price Guarantee, Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.

For Internal use only
* TPID: 1
* TUID: 151146916
* Itinerary Number: 144315601257

JQOZGJ