April 11, 2012

Sebastian Poggel
8950 W Olympic Blvd, # 270
Beverly Hills, CA 90211



Re: Expedia Case# O-25489

Dear Mr. Sebastian Poggel,

Thank you for contacting Expedia, Inc. and giving us an opportunity to address your concerns.

Our records indicate that on March 14, 2012, you purchased non refundable roundtrip flights with Lufthansa Airlines from Prague, Czech Republic to Cape Town, South Africa on June 28, 2012 to July 2, 2012 via itinerary number 144313168955. You also purchased non refundable roundtrip flights with Lufthansa Airlines for the same travel destinations for the dates of January 3, 2013 to January 7, 2013 via itinerary number 144315601257.

We understand from your complaint that due to the incorrect pricing advertised on our website, which was provided by Lufthansa Airlines, your flights were cancelled.

On April 11, 2012, we contacted Lufthansa Airlines to advocate on your behalf and to inquire as to why your flights were cancelled. Per Lufthansa Airline representative, Carol, the flights were cancelled and refunded in full due to issues unbeknownst to her. Unfortunately, Carol was unable to reinstate your flights at the original rate advertised of $805.90.

As you may know Expedia.com acts as an independent agent for reservations for airlines, car rental companies and hotels, as such we must abide by the terms and conditions mandated by Lufthansa Airlines for your flight reservations and cannot make amendments to the validity of your tickets.

We would also like to bring your attention to the Expedia Terms of Use located on our website which states as follows:

THE INFORMATION, SOFTWARE, PRODUCTS, AND SERVICES PUBLISHED ON THIS WEBSITE MAY INCLUDE INACCURACIES OR ERRORS, INCLUDING PRICING ERRORS. IN PARTICULAR, THE EXPEDIA COMPANIES AND EXPEDIA AFFILIATES DO NOT GUARANTEE THE ACCURACY OF, AND DISCLAIM ALL LIABILITY FOR ANY ERRORS OR OTHER INACCURACIES RELATING TO THE INFORMATION AND DESCRIPTION OF THE HOTEL, AIR, CRUISE, CAR AND OTHER TRAVEL PRODUCTS AND SERVICES DISPLAYED ON THIS WEBSITE (INCLUDING, WITHOUT LIMITATION, THE PRICING, PHOTOGRAPHS, LIST OF HOTEL AMENITIES, GENERAL PRODUCT DESCRIPTIONS, ETC.), MUCH OF WHICH INFORMATION IS PROVIDED BY THE RESPECTIVE SUPPLIERS. IN ADDITION, EXPEDIA, INC. EXPRESSLY RESERVES THE RIGHT TO CORRECT ANY PRICING ERRORS ON OUR WEBSITE AND/OR ON PENDING RESERVATIONS MADE UNDER AN INCORRECT PRICE. IN SUCH EVENT, IF AVAILABLE, WE WILL OFFER YOU THE OPPORTUNITY TO KEEP YOUR PENDING RESERVATION AT THE CORRECT PRICE OR WE WILL CANCEL YOUR RESERVATION WITHOUT PENALTY.



Although your tickets were confirmed with Lufthansa Airlines on March 14, 2012, it is at the sole discretion of the airline to determine the validity of your tickets. Please note that Expedia is bound by the rules and restrictions of the airlines and we cannot override those policies.

We appreciate your business and hope to continue to assist you with your future travel needs. If we can be of any further assistance please contact our Tier 3 Customer Service Department at 1-800-397-3342. Our representatives are available from 5:00 a.m. to 10:00 p.m. PST, seven days a week.

Sincerely,

*Lauren Bevel*
Lauren Bevel
Research Specialist
Tier 3 Customer Service
Expedia, Inc.

Cc: Lufthansa Airlines

10190 Covington Cross Drive | Las Vegas, NV | USA | 89144 | T +1 702 938 2100 | F +1 702 939 2152