CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 25 2012

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
N. Rodrigo-Ramirez



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date 6/21/12

FILED
LOS ANGELES SUPERIOR COURT
JUN 25 2012
JOHN A. CLARKE, CLERK
BY NORA RODRIGO-RAMIREZ, DEPUTY

LOS ANGELES SUPERIOR COURT
BEVERLY HILLS COURTHOUSE
9355 BURTON WAY, ROOM 108
BEVERLY HILLS, CA 90210

Re:  Case Number: 2:12-cv-04794-ODW-JEM

Previously Superior Court Case No. 12 S 00593

Case Name: Sebastian Poggel v. Deutsche Lufthansa Aktiengesellschaft et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 6/20/12, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: L Chai
Deputy Clerk  213-894-5730

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

**JOHN A. CLARKE, CLERK**
Clerk, Superior Court

7/11/2012
Date

By: N. Rodrigo-Ramirez
Deputy Clerk

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)